*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEPHENS, and BAKER,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Lexa A. LEE**
Aviation Electronics Technician Third Class (E-4), U.S. Navy
Appellant

**No. 201900249**

Decided: 19 March 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Warren A. Record (arraignment)
James A. Talbert (trial)

Sentence adjudged 12 June 2019 by a general court-martial convened at Naval Air Station Pensacola, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 20 months,[1] bad-conduct discharge.

For Appellant:
*Lieutenant Commander Erin L. Alexander, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended confinement in excess of 18 months pursuant to a pretrial agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court